IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GLEN COLLINS and TAUNA COLLINS,
INDIVIDUALLY and as GUARDIANS of
JADE COLLINS, a MINOR                                      PLAINTIFFS

    V.                 CIVIL NO. 09-6090

BENTLEY INDUSTRIES, LLC
d/b/a BENTLEY PONTOONS;
BENTLEY MARINE GROUP, LLC
d/b/a BENTLEY PONTOONS;
COOSAW CAPITAL PARTNERS, LLC;
and LARRY D. BREHM                                         DEFENDANTS

**O R D E R**

Now on this 12th day of March 2010, there comes on for consideration the report and recommendation filed herein on February 17, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 28). No objections were filed to the report and recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the report and recommendation is proper and should be, and hereby is, adopted in its entirety. Accordingly, the Motion to Dismiss and Motion to Quash (Doc. 13) filed by Defendants Bentley Industries, LLC and Bentley Marine Group, LLC ("Bentley") is **DENIED**. Bentley has twenty-one (21) days from the date of this order to file its answer.

IT IS SO ORDERED.

                                */s/ Robert T. Dawson*
                                Honorable Robert T. Dawson
                                United States District Judge